October 11, 1978


Request for Advisory Opinion on 1978 PA 426. (Docket No. 62119.) On order of the Court, the request by the Governor for an advisory opinion filed October 10, 1978, pursuant to Const 1963, art 3, § 8, is considered and the request is hereby granted. The Attorney General is requested to brief both sides of the questions presented which are:

1) May the Lieutenant Governor, pursuant to Const 1963, art 5, § 25, cast an affirmative vote during the final consideration of a bill when the Senate is equally divided 19 to 19? and

2) Would such action satisfy constitutional requirements with respect to the effectiveness of the passage of the bill by the Senate?

The briefs are to be filed on or before November 10, 1978. The clerk is directed to place this cause on the November 1978 session for argument and submission. Typewritten briefs, if otherwise in conformity with GCR 1963, 857 may be filed provided printed copies are furnished as soon as practicable thereafter. Persons or groups interested in the determination of these questions may apply to the Court for permission to file briefs amicus curiae.